**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.  SA-18-CV-308** |
| | ) | |
| **NADINE SALIBA,** | ) | |
| **Defendant.** | ) | |

## COMPLAINT

The Plaintiff, United States of America, alleges as follows:

## PARTIES

1.    Plaintiff is the United States of America.

2.    Defendant, Nadine Saliba is an individual residing within the jurisdiction of this

Court.

## JURISDICTION

3.    This court has jurisdiction pursuant to 28 U.S.C. § 1345.

## FACTS

4.    In 1991, 20 U.S.C. § 1091a[1] abolished the statute of limitations on all student loan

debts and revived any student loan claims which had been previously barred by the statute of

---

[1] 20 U.S.C. § 1091a states in relevant part:

(a) In general

   **(1)** It is the purpose of this subsection to ensure that obligations to repay loans and grant overpayments are enforced without regard to any Federal or State statutory, regulatory, or administrative limitation on the period within which debts may be enforced.

   **(2)** Notwithstanding any other provision of statute, regulation, or administrative limitation, no limitation shall terminate the period within which suit may be filed, a judgment may be enforced, or an offset, garnishment, or other action initiated or taken by…

limitations.

5.      The Defendant for value received, executed and delivered one promissory note to secure a Direct Consolidation Loan from the United States Department of Education.  The loan was made by the Department of Education under the William D. Ford Federal Direct Loan Program under Title VI-D of the Higher Education Act of 1965, as amended, 20 U.S.C. §1087a *et. seq.* (34 C.F.R. Part 685).  The Defendant subsequently defaulted on the note.  The transaction is more particularly set out in the Certificate of Indebtedness and accompanying note attached hereto as **Exhibit 1** and incorporated as if set forth fully herein.

6.      The note was assigned to the United States.

7.      The United States is the owner and holder of the promissory note.  The Defendant has failed to pay said note according to the terms thereof.  Pursuant to the note's terms, the United States declared the entire amount of indebtedness evidenced by the note immediately due and payable.

8.      Accordingly, Defendant owes a debt to the United States in the amount of $60,571.88 (representing $52,853.88 in principal and interest of $7,718.00 through December 11, 2017 as more fully set forth on the Certificate of Indebtedness attached hereto as **Exhibit 1**. Defendant also owes additional pre-judgment interest, which continues to accrue at the rate of $4.34 per day from December 12, 2017 until judgment is entered herein.  Plaintiff is further entitled to interest thereafter at the post judgment rate as provided by law until the judgment is paid in full.

WHEREFORE, plaintiff prays for judgment against Defendant:

a.      In the amount of $60,571.88 (representing $52,853.88 in principal and interest of $7,718.00 through December 11, 2017) as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit 1;

b.      Pre-judgment interest from the date of the Certificate of Indebtedness until date of

judgment at the rate of $4.34 per day from December 12, 2017 until judgment is entered;

c.      Interest thereafter at the post judgment rate as provided by law until the judgment

is paid in full;

d.      For its costs and attorney's fees incurred herein; and

e.      For such other relief as the Court deems just.


Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY


By:   */s/ Steven E. Seward*
_____
**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
T: (210) 384-7259
F:  (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

**ATTORNEY FOR UNITED STATES**

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS # 1 OF 1**

NADINE SALIBA
AKA: N SALIBA
██████████████████████
SAN ANTONIO, TX 78231-1927
Account No. XXX-XX-9709

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12/11/17.

On or about 07/24/09 the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $21,415.75 & $26,344.47 on 08/26/09 at 3% interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 11/09/13. Pursuant to 34 C.F.R. 685.202(b), a total of $5,093.66 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

Principal:                          $52,853.88

Interest:                           $7,718.00

Total debt as of 12/11/17:          $60,571.88

Interest accrues on the principal shown here at the rate of $4.34 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _2 - 6 - 18_

Loan Analyst
Litigation Support Unit

**Philippe Guillon**
**Loan Analyst**

3

**EXHIBIT 1**

WAP

# Direct Loans
William D. Ford Federal Direct Loan Program

### Federal Direct Consolidation Loan
### Application and Promissory Note

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form will be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

OMB No. 1845-0053
Form Approved
Exp. Date 11/30/2010

## 569

**Before You Begin**

Read the instructions for completing this Federal Direct Consolidation Loan Application and Promissory Note.  Print using blue or black ink or type.  You must sign and date this form.  If you cross out anything and write in new information, put your initials beside the change.

**NOTE: PAGES 1, 2, and 3 OF THIS FORM MUST BE SUBMITTED IN ORDER TO PROCESS YOUR LOAN REQUEST.**

**Section A: Borrower Information**

| 1. Last Name | First Name | Middle Initial | 2. Social Security Number |
|---|---|---|---|
| Saliba | Nadine | | ▮▮▮ 9 7 0 9 |

**3. Permanent Street Address** (if P.O. box or general delivery, see instructions)

| | | 4. Area Code/Telephone Number |
|---|---|---|

| San Antonio | TX | 78231-1927 | 5. E-Mail Address (Optional) |
|---|---|---|---|
| City | State | Zip Code | |

| 6. Former Name(s) | 7. Date of Birth (mm-dd-yyyy) ▮▮▮ 1973 | 8. Driver's License State and Number  State -- Number NONE |
|---|---|---|

| 9. Employer's Name  Not Employed | 10. Employer's Address |
|---|---|

| 11. Work Area Code/Telephone Number ( ) | City | State | Zip Code -- |
|---|---|---|---|

**Section B: Reference Information**

**12. References:** List two persons with different addresses who have known you for at least three years. Do not list individuals who live with you (for example, your spouse) or who live outside the United States.

| | 1. | 2. |
|---|---|---|
| Name | | |
| Permanent Address | | |
| City, State, Zip Code | | |
| E-Mail Address (optional) | | |
| Area Code/Telephone Number | | |
| Relationship to Borrower | AUNT | FRIEND |

**Section C1: Education Loan Indebtedness – Loans You Want to Consolidate** (continued on page 2)

***Read the instructions before completing this section.*** List each federal education loan that you want to consolidate, including any William D. Ford Federal Direct Loan (Direct Loan) Program loans that you want to include in your Direct Consolidation Loan. If you need more space to list additional loans, use the Additional Loan Listing Sheet included with this package. List each loan separately. Please print. **ONLY LIST LOANS THAT YOU WANT TO CONSOLIDATE IN THIS SECTION.**

| 13. Loan Type (See Instructions) | 14. Loan Holder's/Servicer's Name, Address, and Area Code/Telephone Number (See Instructions) | 15. Loan Account Number | 16. Estimated Payoff Amount |
|---|---|---|---|
| D | DCS-US DEPT OF ED P.O. BOX 105028 ATLANTA, GA 30348-5028 800-621-3115 | D200509005716201 | $ 6,171.80 |
| D | DCS-US DEPT OF ED P.O. BOX 105028 ATLANTA, GA 30348-5028 800-621-3115 | D200509005716302 | $ 5,861.69 |

Submit pages 1, 2, and 3
Page 1 of 9

AUG 1 8 2009



## EXHIBIT 1



| Borrower's Name (please print) | Saliba, Nadine | Social Security Number | 9709 |

| 13. Loan Type (See Instructions) | 14. Loan Holder's/Servicer's Name, Address, and Area Code/Telephone Number (See Instructions) | 15. Loan Account Number | 16. Estimated Payoff Amount |
|---|---|---|---|
| D | DCS-US DEPT OF ED<br>P.O. BOX 105028 ATLANTA, GA 30348-5028<br>800-621-3115 | D200509005716403 | $ 3,251.33 |
| D | DCS-US DEPT OF ED<br>P.O. BOX 105028 ATLANTA, GA 30348-5028<br>800-621-3115 | D200509005716504 | $ 8,419.82 |
| L | DCS-US DEPT OF ED<br>P.O. BOX 105028 ATLANTA, GA 30348-5028<br>800-621-3115 | D200509005716605 | $ 5,379.33 |
| L | DCS-US DEPT OF ED<br>P.O. BOX 105028 ATLANTA, GA 30348-5028<br>800-621-3115 | D200509005716706 | $ 9,705.02 |
| L | DCS-US DEPT OF ED<br>P.O. BOX 105028 ATLANTA, GA 30348-5028<br>800-621-3115 | D200509005716807 | $ 8,818.57 |
| L | DCS-US DEPT OF ED<br>P.O. BOX 105028 ATLANTA, GA 30348-5028<br>800-621-3115 | D200509005716908 | $ 5,187.18 |

**17. Grace Period End Date.** If any of the loans you want to consolidate are in a grace period, you can delay the processing of your Direct Consolidation Loan until the end of your grace period by entering your expected grace period end date in the space provided. If you leave this item blank, your Direct Consolidation Loan will be processed and any loans listed in Section C1 that are in a grace period will enter repayment immediately upon consolidation.

**Expected Grace Period End Date (month/year):**

_____

Section C2: Education Loan Indebtedness – Loans You Do Not Want to Consolidate

***Read the instructions before completing this section.*** List all education loans that you are not consolidating, but want to have considered when calculating your maximum repayment period. Include any Direct Loan Program loans that you do not want to consolidate. If you need more space to list additional loans, use the Additional Loan Listing Sheet included with this package. List each loan separately. Please print. **ONLY LIST LOANS THAT YOU DO NOT WANT TO CONSOLIDATE IN THIS SECTION.**

| 18. Loan Type (See Instructions) | 19. Loan Holder's/Servicer's Name, Address, and Area Code/Telephone Number (See Instructions) | 20. Loan Account Number | 21. Current Balance |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Section D: Repayment Plan Selection

To understand your repayment plan options, carefully read the repayment plan information in the Borrower's Rights and Responsibilities Statement on pages 5-8 of this Application and Promissory Note (Note) and in any supplemental materials you receive with this Note. Then select a repayment plan by completing the **Repayment Plan Selection** form that accompanies this Note. Please note the following:

- If you select the Income Contingent Repayment (ICR) Plan, you must also complete the **Income Contingent Repayment Plan Consent to Disclosure of Tax Information** form that is included with this Note. **Your selection of the ICR Plan cannot be processed without this form.**
- If you want to consolidate a defaulted loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the ICR Plan, or effective July 1, 2009, the Income-Based Repayment Plan. You must also select the ICR Plan or the Income-Based Repayment Plan if you are consolidating a delinquent Federal Consolidation Loan that the lender has submitted to the guaranty agency for default aversion, and you are not consolidating any additional eligible loans.

AUG 1 8 2009

**EXHIBIT 1**



RECEIVED
AUG 1 7 2009
BY: _____ SR

569

| Borrower's Name (please print) | Saliba, Nadine | Social Security Number | 9709 |

### Section E: Borrower Understandings, Certifications, and Authorizations

**22. I understand that:**

A. My Direct Consolidation Loan will, to the extent used to pay off loans that I have selected for consolidation, count against the applicable aggregate loan limits under the Act. The term "the Act" is defined under "Governing Law" on page 4 of this Note.

B. The amount of my Direct Consolidation Loan is the sum of the balances of my education eligible loans that I have chosen to consolidate. My outstanding balance on each loan to be consolidated includes unpaid principal, unpaid accrued interest, and late charges as defined by federal regulations and as certified by each holder. Collection costs may also be included. For a Direct Loan Program or Federal Family Education Loan (FFEL) Program loan that is in default, the U.S. Department of Education (ED) limits collection costs that may be included in the payoff balances of the loans to a maximum of 18.5 percent of the outstanding principal and interest. For any other defaulted federal education loans, all collection costs that are owed may be included in the payoff balances of the loans.

C. ED will provide me with information about the loans and payoff amounts that ED verifies with the holders of my loans before the actual payoffs occur. If I do not want to consolidate any of the loans that ED has verified, I must notify ED before the loans are paid off.

D. If the amount ED sends to my holders is more than the amount needed to pay off the balances of the selected loans, the holders will refund the excess to ED and it will be applied against the outstanding balance of my Direct Consolidation Loan. If the amount that ED sends to my holders is less than the amount needed to pay off the balances of the loans selected for consolidation, ED will include the remaining amount in my Direct Consolidation Loan.

E. Unless I am consolidating a delinquent Federal Consolidation Loan that the lender has submitted to the guaranty agency for default aversion or a defaulted Federal Consolidation Loan, or, effective July 1, 2008, I am consolidating a Federal Consolidation Loan into the Direct Loan Program to use the Public Service Loan Forgiveness Program, I may consolidate an existing Federal Consolidation Loan or Direct Consolidation Loan only if I include at least one additional eligible loan in the consolidation.

F. If I am consolidating a delinquent Federal Consolidation Loan that the lender has submitted to the guaranty agency for default aversion or a defaulted Federal Consolidation loan, and I am not including another eligible loan, I must agree to repay my Direct Consolidation Loan under the Income Contingent Repayment Plan or, effective July 1, 2009, the Income-Based Repayment Plan.

**23. Under penalty of perjury, I certify that:**

A. The information that I have provided on this Note is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

B. I do not have any other application pending for a Federal Consolidation Loan with any FFEL Program lender.

C. All of the loans selected for consolidation have been used to finance my education or the education of my dependent student(s).

D. All of the loans selected for consolidation are in a grace period or in repayment (including loans in deferment or forbearance).

E. Unless I am consolidating a delinquent Federal Consolidation Loan that the lender has submitted to the guaranty agency for default aversion or a defaulted Federal Consolidation Loan, or, effective July 1, 2008, I am consolidating one or more FFEL Program loans into the Direct Loan Program to use the Public Service Loan Forgiveness Program, if none of the loans I am consolidating is a Direct Loan Program loan, I have sought and been unable to obtain a Federal Consolidation Loan from a FFEL Program lender, or I have been unable to obtain a Federal Consolidation Loan with income-sensitive repayment terms or, effective July 1, 2009, income-based repayment terms that are acceptable to me.

F. If I owe an overpayment on a Federal Perkins Loan, Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, Academic Competitiveness Grant (ACG), National Science or Mathematics Access to Retain Talent (SMART) Grant, or Leveraging Educational Assistance Partnership Grant, I have made satisfactory arrangements with the holder to repay the amount owed.

G. If I am in default on any loan I am consolidating (except as provided above in Item 22.F.), I have either made a satisfactory repayment arrangement with the holder of that defaulted loan, or I will repay my Direct Consolidation Loan under the income contingent repayment plan or, effective July 1, 2009, the Income-Based Repayment Plan.

H. If I have been convicted of, or pled *nolo contendere* or guilty to, a crime involving fraud in obtaining federal student aid funds under Title IV of the Higher Education Act of 1965, as amended (the Act), I have completed the repayment of those funds to ED, or to the loan holder in the case of a Title IV federal student loan.

**24. I make the following authorizations:**

A. I authorize ED to contact the holders of the loans selected for consolidation to determine the eligibility of the loans for consolidation and the payoff amounts. I further authorize release to ED or its agent of any information required to consolidate my education loans in accordance with the Act.

B. I authorize ED to issue the proceeds of my Direct Consolidation Loan to the holders of the selected loans to pay off the debts.

C. I authorize ED to investigate my credit record and report information about my loan status to persons and organizations permitted by law to receive that information.

D. I authorize my school(s) and ED to release information about my Direct Consolidation Loan to the references on the loan and to members of my immediate family, unless I submit written directions otherwise.

E. I authorize my school(s), ED, or their agents to verify my social security number with the Social Security Administration (SSA) and, if the number on my loan record is incorrect, then I authorize SSA to disclose my correct social security number to these parties.

### Section F: Promissory Note (continued on page 4) – to be completed and signed by the borrower.

**25. Promise to Pay:**

I promise to pay to the U.S. Department of Education (ED) all sums disbursed under the terms of this Note to pay off my prior loan obligations, plus interest and other charges and fees that may become due as provided in this Note. If I do not make payments on this Note when due, I will also pay reasonable collection costs, including but not limited to attorney's fees, court costs, and other fees.

If ED accepts my application, I understand that ED will on my behalf send funds to the holders of the loans that I want to consolidate to pay off those loans. I further understand that the amount of my Direct Consolidation Loan will equal the sum of the amounts that the holders of the loans verified as the payoff balances on the loans selected for consolidation. My signature on this Note serves as my authorization to pay off the balances of the loans selected for consolidation as provided by the holders of the loans.

The payoff amount may be greater than or less than the estimated total balance I have indicated in Section C1. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of my Direct Consolidation Loan.

I will not sign this Note before reading the entire Note, even if I am told not to read it. I am entitled to an exact copy of this Note and the Borrower's Rights and Responsibilities Statement. My signature certifies that I have read, understand, and agree to the terms and conditions of this Note, including the Borrower Understandings, Certifications, and Authorizations in Section E, and the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT THIS IS A LOAN THAT I MUST REPAY.**

| 26. Borrower's Signature | [signature] | Today's Date (mm-dd-yyyy) | 7-24-09 |

Submit pages 1, 2, and 3
Page 3 of 9

AUG 1 8 2009

# EXHIBIT 1

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1  U.S. Government
     Plaintiff

❑ 3  Federal Question
     *(U.S. Government Not a Party)*

❑ 2  U.S. Government
     Defendant

❑ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - | ❑ 690 Other | ❑ 423 Withdrawal | ❑ 400 State Reapportionment |
| ❑ 130 Miller Act | ❑ 315 Airplane Product | Product Liability | | 28 USC 157 | ❑ 410 Antitrust |
| ❑ 140 Negotiable Instrument | Liability | ❑ 367 Health Care/ | | | ❑ 430 Banks and Banking |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❑ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ❑ 820 Copyrights | ❑ 460 Deportation |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' | Product Liability | | ❑ 830 Patent | ❑ 470 Racketeer Influenced and |
| ❑ 152 Recovery of Defaulted | Liability | ❑ 368 Asbestos Personal | | ❑ 840 Trademark | Corrupt Organizations |
| Student Loans | ❑ 340 Marine | Injury Product | | | ❑ 480 Consumer Credit |
| (Excludes Veterans) | ❑ 345 Marine Product | Liability | | **LABOR** | ❑ 490 Cable/Sat TV |
| ❑ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | ❑ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | Act | ❑ 862 Black Lung (923) | Exchange |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle | ❑ 371 Truth in Lending | ❑ 720 Labor/Management | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 190 Other Contract | Product Liability | ❑ 380 Other Personal | Relations | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal | Property Damage | ❑ 740 Railway Labor Act | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| ❑ 196 Franchise | Injury | ❑ 385 Property Damage | ❑ 751 Family and Medical | | ❑ 895 Freedom of Information |
| | ❑ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ❑ 790 Other Labor Litigation | | ❑ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❑ 899 Administrative Procedure |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ❑ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate | | ❑ 871 IRS—Third Party | ❑ 950 Constitutionality of |
| ❑ 240 Torts to Land | ❑ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ❑ 245 Tort Product Liability | Accommodations | ❑ 530 General | | | |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 446 Amer. w/Disabilities - | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration | | |
| | Other | ❑ 550 Civil Rights | Actions | | |
| | ❑ 448 Education | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❑ 1  Original
     Proceeding

❑ 2  Removed from
     State Court

❑ 3  Remanded from
     Appellate Court

❑ 4  Reinstated or
     Reopened

❑ 5  Transferred from
     Another District
     *(specify)*

❑ 6  Multidistrict
     Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:**  ❑ Yes  ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____